EARL G. HAILSTON, Respondent, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Action under section 109 of the Insurance Law. Insurance company defended upon the ground, *first*, that the solvency of the insured defendants in the negligence case had not been shown, and *second*, that there had been a breach of a condition of the policy because the defendants had failed to co-operate in the defense of the negligence action. These questions of fact were decided by the jury. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of WILLIAM SANGER and Others, Respondents, for a Mandamus Order against FREDERICK STUART GREENE, Superintendent of Public Works of the State of New York, and Others, Appellants.— Appeal from an order granting the application of the petitioners for peremptory mandamus directing the reinstatement of petitioners in their respective positions as architectural draftsmen and designers or senior architects, grade 7, in the Division of the Architectural Department of Public Works of the State of New York. The petitioners outranked Dowden, Diffen and Van Auken, who were retained in their positions. The reclassification attempted in 1932 was only effective for the limited purpose of allocating appropriations. The reclassification bill, which twice passed the Legislature, having been vetoed and the requirement of the bill being that where positions are abolished suspension shall be in the inverse order of the original appointment in the service, entitle the petitioners to the relief asked for and the order appealed from should be affirmed, with costs. Order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ. [153 Misc. 507.]

In the Matter of the Application of IRVING R. BROWN, Respondent, for a Mandamus Order against FREDERICK STUART GREENE, Superintendent of Public Works of the State of New York, and Others, Appellants.— The petitioner was suspended from his position as assistant architectural draftsman or designer, Department of Public Works, Division of Architecture, while others in the same grade, having less seniority, were retained. No one was appointed to fill the position made vacant because of the suspension of the petitioner. He is entitled to be reinstated and the order appealed from should be affirmed, with costs. Order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

JENNIE BAILEY, Respondent, v. VINCENT RUSSO and Another, Appellants.— Plaintiff was injured in an automobile accident. The jury returned a verdict for $500. Proven expenses exceeded $250. The trial court set aside the verdict as inadequate. Order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of EDWARD J. HEANEY, Respondent, against P. J. CARLIN CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of THE INDUSTRIAL COMMISSIONER, Arising Out of the Death of EDWARD W. PEIFFER, Deceased, Respondent, against UNDERWOOD ELLIOTT FISHER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Reargument ordered. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ. [See *ante*, p. 658.]